# INITIAL APPEARANCE MINUTES:

Time set: 2:30 p.m.  
Start Time: 2:35  
End Time: 2:39  
Split Time ( )

Date: 3/18/2024  
Presiding Judge: Robert J. Krask, USMJ  
Courtroom Deputy: Titus, B  
Reporter: FTR – Mag 2  
U.S. Attorney: Beth Yusi, AUSA  
Defense Counsel:  
( ) Retained ( ) Court appointed ( ) AFPD  
Interpreter: _____

Case Number: 4:23cr78  
USA v. Kayson Tyrell Lassiter

( X ) Deft. Present ( X ) custody ( ) not in custody  
( X ) Initial Appearance ( X ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition  
( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint  
( ) Defendant consented to video proceedings. Order entered and filed  
( X ) Deft. advised of rights, charges and right to counsel  
(X) Counsel desired ( ) Defendant to retain: _____  
(X) Oral admonition as required by DPPA given to the prosecutor  
( ) Defendant's motion to substitute counsel  
( ) Order to substitute counsel executed and filed in open court  
(X) Financial Affidavit filed in open Court  
(X) Court (X) Directed ( ) Denied appointment of counsel  
(X) Rodolfo Cejas, AFPD present. FPD appointed in open court  
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.  
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)  
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)  
( ) Waiver of Detention Hearing (In this District only)  
( ) Commitment to Another District entered and filed in open court  
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge in _____.  
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause  
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district  
(X) Government motion for Detention ( ) Government not seeking detention  
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied  
(X) Detention Hearing scheduled for 3/20/24 at 2:30 before RJK.  
( ) Detention Hearing ( ) Held ( ) Waived in _____.  
(X) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial  
( ) Bond set at $ _____  
( ) Special Conditions of Release: **(See Page 2)**  
(X) Deft. remanded to custody of U. S. Marshal  
(X) Warrant returned executed and filed in open court  
(X) Defendant is directed to appear on 3/20/24 at 2:30 for  
(X) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial  
(X) Norfolk ( ) Newport News  
(X) Govt. motion to unseal indictment as to this defendant only is GRANTED.  
( ) _____