AO 442 (Rev. 11/11) Arrest Warrant
IN OPEN COURT

MAR 1 8 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

ORIGINAL

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4:23cr78 |
| | ) | FID: 11650785 |
| Kayson Tyrell Lassiter | ) | ATF |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kayson Tyrell Lassiter                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1), and (b)(I)(B)(viii)) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Methamphetamine, Oxycodone and Cocaine Base, Count 1, et al

Date:      03/12/2024                                    _DBrandt_
                                                             *Issuing officer's signature*

City and state:    Newport News, Virginia                    Douglas E. Miller, United States Magistrate Judge
                                                             *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 3/12/2024 , and the person was arrested on *(date)* 03/17/2024 | |
| at *(city and state)* Newport News, VA . | |
| Date: 03/18/2024 | _____ *Arresting officer's signature* |
| | Brittney Alston  ATF Task Force Officer *Printed name and title* |