AO 442 (Rev. 11/11) Arrest Warrant

**FILED IN OPEN COURT**
MAR 1 8 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**
**SEALED**

United States of America
v.
Malik Dayshawn Manly

Defendant

Case No. 4:23cr78
FID: 11650810
ATF

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Malik Dayshawn Manly,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1), and (b)(l)(B)(viii)) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Methamphetamine, Oxycodone and Cocaine Base, Count 1, et al

Date:  03/12/2024

*Issuing officer's signature*  O Brandt

City and state:  Newport News, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/12/2024, and the person was arrested on *(date)* 03/15/2024
at *(city and state)* Hampton, VA.

Date: 03/18/2024

*Arresting officer's signature*

Brittney Alston ATF Task Force Officer
*Printed name and title*