AO 442 (Rev. 11/11) Arrest Warrant

*[Stamp: FILED IN OPEN COURT MAR 19 2024 CLERK, U.S. DISTRICT COURT NORFOLK, VA]*

*[Stamp: RECEIVED UNITED STATES MARSHAL 2023 OCT -- -- --:--]*

*[Stamp: ORIGINAL EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION]*

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Larry Lamont Smith, Jr.<br><br>*Defendant* | )<br>)  Case No.  4:23cr78<br>)  FID: 11605480<br>)  ATF<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Larry Lamont Smith, Jr._____,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  T.21:841(a)(1) - Possession with Intent to Dsitribute Cocaine, Count 1 et al


Date:  10/17/2023_____

*Issuing officer's signature:* /s/ Brandt

City and state:  Newport News, Virginia

Arenda L. Wright Allen, United States District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3-14-24, and the person was arrested on *(date)* 3-19-24
at *(city and state)* Newport News, VA.

Date: 3-19-24

*Arresting officer's signature*

SA Mandrel Brown
*Printed name and title*