AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| Dasjah Irene Lasha Hunter | ) Case No. 4:23cr78 |
| | ) FJD: 11650797 |
| | ) ATF |
| Defendant | ) |

**ORIGINAL**

**SEALED**

FILED IN OPEN COURT
APR - 1 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dasjah Irene Lasha Hunter                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

T.21:846, 841(a)(1), and (b)(l)(B)(viii)) - Conspiracy to Distribute and Possess with Intent to Distribute Marijuana, Cocaine, Methamphetamine, Oxycodone and Cocaine Base, Count 1, et al

Date:   03/12/2024                                  __/s/ D. Brandt__
                                                            *Issuing officer's signature*

City and state:   Newport News, Virginia           Douglas E. Miller, United States Magistrate Judge
                                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3-14-24, and the person was arrested on *(date)* 3-29-24
at *(city and state)* Hampton, Virginia.

Date: 4-1-24                                     __M. Bry__
                                                            *Arresting officer's signature*

                                                            Michael Bryan TFO
                                                            *Printed name and title*