IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v.

DERRICK MONTE ELLIS

Defendant.

Case No: 4:23-cr-78-006

## ORDER

The jurors in the above-entitled case having been sequestered on Thursday, December 19, 2024, **IT IS ORDERED** that the United States Marshal furnish the jury meals at the expense of the United States, submitting the bills to the Clerk of this Court for payment.

_December 20, 2024_
DATE

_Arenda L. Wright Allen_
UNITED STATES DISTRICT JUDGE