IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*



FILED
IN OPEN COURT

DEC 19 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.  Criminal No. 4:23cr78

DERRICK MONTE ELLIS,

Defendant.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

## SPECIAL VERDICT FORM

**PRELIMINARY INSTRUCTION:** A FINDING OF GUILTY AS TO ANY OFFENSE AND ANY SPECIAL FINDINGS REGARDING FIREARMS MAY ONLY BE MADE BY THE JURY IF SUCH FINDING WAS PROVED BY THE GOVERNMENT BEYOND A REASONABLE DOUBT.

We the jury, unanimously find the defendant, DERRICK MONTE ELLIS:

**COUNT 1:** With respect to Count 1, Conspiracy to Interfere with Commerce by Robbery, Threats and Violence:

GUILTY _____    NOT GUILTY __12__

**COUNT 2:** With respect to Count 2, Interference with Commerce by Robbery, Threats and Violence:

GUILTY _____    NOT GUILTY __12__

**COUNT 3:** With respect to Count 3, Use, Carry and Brandish a Firearm During and in Relation to, and Possess and Brandish a Firearm in Furtherance of a Crime of Violence, as set forth in Count 2:

GUILTY _____    NOT GUILTY __12__

1

*Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.*

Note: If your answer to Count 3 is "Not Guilty" do not answer the following question. Simply proceed to Count 4. If your answer to Count 3 is "Guilty" please answer the following question for Count 3:

With respect to Count 3, mark all that apply in regard to the firearm:

During and in relation to and in furtherance of the crime of violence, the defendant:

∅ Carried the firearm

∅ Brandished the firearm

**COUNT 4:** With respect to Count Four, Possession of Firearm by a Convicted Felon:

_____ GUILTY     12 NOT GUILTY

So Say We All, this 19th day of December 2024.

**REDACTED COPY**

JURY FOREPERSON

United States v. Derrick Monte Ellis
4:23cr78